ACCEPTED
05-14-01247-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 1:38:34 PM
LISA MATZ
CLERK



APRIL NORDHAUS | J. RYAN NORDHAUS | DERIC KING WALPOLE | RUSS ~~~~~~~~~~~~~ . KAGAY

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 1:38:34 PM
LISA MATZ
Clerk

January 26, 2015

**VIA FIRST CLASS MAIL**
**AND EFILE**
Clerk of the Court of Appeals
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202

     Re: *Appellate Docket Number 05-14-01247-CV; In the Interest of RMR, III, a minor child; Supplement to Clerk's record*

Dear Clerk:

     This is to notify you that the above referenced case has been severed by the trial court, and the new cause number is:
**219-00287-2015**.

     Thank you.

Sincerely,

J. RYAN NORDHAUS

P.O. Box 2680 | McKinney, Texas 75070 | P: 214.726.1450 | F: 469.645.1314 | www.CollinCountyAttorney.com